**Complete and Mail To:**
**BORRELLI & ASSOCIATES, P.L.L.C.**
**Attn: ROBERTO CARLOS CALDERON AND SAMANTA CARTER, on behalf of**
**themselves, individually, and on behalf of all others similarly-situated v. UNIQUE ON THE GO**
**CORP.**
**910 Franklin Avenue, Suite 205**
**Garden City, New York 11530**
**Tel: (516) 248-5550**
**Fax: (516) 248-6027**

## CONSENT TO JOIN COLLECTIVE ACTION

I hereby consent to join the lawsuit entitled <u>ROBERTO CARLOS CALDERON AND SAMANTA CARTER, on behalf of themselves, individually, and on behalf of all others similarly-situated v. UNIQUE ON THE GO CORP.</u>, Docket No.: _____, brought pursuant to the Fair Labor Standards Act, the New York State Labor Law, the New York Code of Rules and Regulations, the Rhode Island Payment of Wages Act, the Rhode Island Minimum Wage Act, and the Rhode Island Work on Holidays and Sundays Law.

By signing below, I state that I am currently or was formerly employed by the Defendant at some point during the relevant statutory period. I elect to join this case in its entirety with respect to any wage and hour-related claims asserted in the Complaint filed in this matter and/or under any Federal and/or State law, rule, or regulation.

I hereby designate Borrelli & Associates, P.L.L.C. to represent me for all purposes of this action.





Roberto Calderon (Apr 14, 2026 14:23:11 EDT)
Signature

Roberto calderon
Full Legal Name (Print)